IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **HECTOR GARCIA** | : | Case No.   3:07-CV-0184 |
| **Petitioner,** | | A097-402-659 |
| v. | : | **Judge Thomas M. Rose** |
| **DISTRICT DIRECTOR, DEPARTMENT OF HOMELAND SECURITY** | | **AGREED ENTRY** |
| | : | |
| **Respondent.** | | |

The parties have agreed to settle this matter:

Petitioner (Garcia) agrees to withdraw his Petition for Writ of Prohibition and Motion for Temporary Restraining Order filed in this Court. In consideration thereof, Respondent (Government) agrees as follows:

1. Petitioner will be allowed to withdraw his stipulated agreement for removal.

2. The Government will not oppose Petitioner's voluntary departure within thirty days.

SO ORDERED:

s/Thomas M. Rose

District Judge

AGREED TO:

/s/George A. Katchmer
George A. Katchmer (0005031)
1804 East Third Street
Dayton, Ohio 45403
937/258-1800 phone
937/258-1810 facsimile
Attorney for Petitioner


/s/Victoria Christian
Victoria Christian, per telephone approval
1240 E. Ninth Street, Suite 519
Cleveland, Ohio 44196
Attorney for Respondent


CERTIFICATE OF SERVICE

A copy of the foregoing was served upon the Respondent's Attorney, Victoria Christian, 1240 E. Ninth Street, Suite 519, Cleveland, Ohio 44196, via Electronic Notification by the Clerk of Courts on this day of filing.


/s/George A, Katchmer
George A. Katchmer (0005031)